UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>               Plaintiff,<br><br>v.<br><br>WASHINTON FIRST MORTGAGE<br>LOAN CORPORATION,<br><br>               Defendants. | Case No.  8:25-cv-02248-JDE<br><br>Assigned to Magistrate Judge:<br>John D. Early<br><br>**JUDGMENT**<br><br><br>**[JS-6]** |

Based on the Order Granting Motion for Default Judgment,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Paul Sapan is awarded judgment in the total amount of $3,528.95, representing statutory damages of $3,000.00 and costs of $528.95, against Defendant Washington First Mortgage Corporation.

Dated: <u>March 2, 2026</u>

_____
JOHN D. EARLY
United States Magistrate Judge